**Electronically Filed
Intermediate Court of Appeals
CAAP-13-0005171
10-MAR-2014
11:52 AM**

NO. CAAP-13-0005171

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

IN THE INTEREST OF B.A., a Minor

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-J NO. 0095599)

ORDER APPROVING THE FEBRUARY 27, 2014
STIPULATION FOR DISMISSAL OF APPEAL
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon consideration of the stipulation to dismiss the appeal (Stipulation) filed on February 27, 2014 by Minor-Appellant B.A. (Appellant), through court-appointed counsel Randall K. Hironaka, the papers in support, and the records and files herein, it appears as follows.

(1) The Stipulation is by and between Appellant and Petitioner-Appellee State of Hawai'i, through Deputy Prosecuting Attorney Loren J. Thomas.

(2) Appellant's declaration expresses: understanding of the right to appeal the adjudication and disposition; understanding that if the appeal is dismissed that the adjudications and dispositions become final; desire to withdraw the appeal and have the appeal dismissed; and reading and signing the declaration of Appellant's own free will after discussing the

case, appeal, and stipulation for dismissal with court-appointed counsel.

THEREFORE, IT IS HEREBY ORDERED that the Stipulation is approved, and the appeal is dismissed.

DATED: Honolulu, Hawai'i, March 10, 2014.

Presiding Judge

Associate Judge

Associate Judge